The Supreme Court docket number is SC 16941.

*William J. Wenzel,* in support of the petition.

*Donald E. Frechette,* in opposition.

Decided February 19, 2003

ALLSTATE INSURANCE COMPANY *v.*
JOHN CALTABIANO

*Terence A. Zemetis* and *Jane G. Beddall,* in support of the petition.

*Laurence V. Parnoff,* in opposition.

Decided February 19, 2003

STATE OF CONNECTICUT *v.* OSCAR MELENDEZ

KATZ, J., did not participate in the consideration or decision of this petition.

*Alice Osedach-Powers,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided February 19, 2003

STATE OF CONNECTICUT *v.* LUIS FELICIANO

*Kirstin B. Coffin,* special public defender, in support of the petition.

*Eileen F. McCarthy,* assistant state's attorney, in opposition.

Decided February 19, 2003

RICHARD SZCZAPA *v.* UNITED PARCEL SERVICE, INC., ET AL.

The Supreme Court docket number is SC 16942.

*Neil Johnson,* in support of the petition.

*Karen K. Clark,* in opposition.

Decided February 19, 2003